and her husband would certainly be entitled to join with her in a suit to protect her interest in the trust property. The answer admits the correctness of the bill in this particular. The common law must be presumed to prevail in Georgia; and under it, the husband certainly had an interest, such as to justify the joining him as a complainant.

Decree reversed, and cause remanded.

---

## WATERS vs. COKER.

[FINAL SETTLEMENT OF GUARDIAN'S ACCOUNTS.]

1. *When appeal lies.*—An appeal does not lie from an order of the probate court, rendered on final settlement of a guardian's accounts, in these words: "It appears that said guardian is chargeable with the sum of $127 50, and is entitled to credit for the sum of $140 50, leaving a balance due said guardian on said settlement of $13; and it is therefore ordered, that the account-current, as stated, be recorded and placed on file."

APPEAL from the Probate Court of Monroe.

IN the matter of the final settlement of the accounts and vouchers of Nathan Coker, as guardian of Sarah Ann Waters, late Sarah Ann Babb. On the settlement, the ward reserved several exceptions to the rulings of the court on different items of the account as stated, and she now assigns these rulings as error. The decree of the court is in these words: "Came Nathan Coker, guardian, and also Needham Waters, in right of his wife, Sarah Babb (now Waters), by his attorney; and the account being examined, audited, and stated, it appears that said guardian is chargeable with the sum of one hundred and twenty-seven 50-100 dollars, and is entitled to credit for the sum of one hundred and forty 50-100 dollars, leaving a balance due said guardian on said

Waters v. Coker.

settlement of thirteen dollars; and it is therefore ordered, that the account-current, as stated, be recorded and placed on file."

J. W. POSEY, for the appellant.

S. J. CUMMING, *contra*.

PER CURIAM.—The record in this case shows, that no final decree has been rendered; consequently, the appeal must be dismissed at the cost of the appellant.